# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00382-CV

**United States Wireless Cable, Inc., Appellant**

**v.**

**World Satellite Network, Inc., Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT
### NO. GN000512, HONORABLE PETER M. LOWRY, JUDGE PRESIDING

Because appellant United States Wireless Cable, Inc. has failed to file an appellant's brief, we will dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b).

The Clerk of this Court filed the notice of appeal and the clerk's record in this cause on July 12, 2001. A reporter's record was not filed. Thus, appellant's brief was due August 13.

By postcard dated October 8, 2001, the Clerk of this Court notified the parties that the appeal was subject to dismissal for want of prosecution unless appellant tendered a motion for extension of time by October 18 reasonably explaining the failure to file a brief. Thus far, appellant has submitted neither a brief nor a motion for extension of time to file a brief.

Accordingly, we dismiss the appeal for want of prosecution on our own motion. *See id.* 42.3(b).

_____

David Puryear, Justice

Before Chief Justice Aboussie, Justices Smith and Puryear

Dismissed for Want of Prosecution

Filed:   December 13, 2001

Do Not Publish